Ely Grinvald, Esq.
2355 Westwood Blvd., #562
Los Angeles, CA 90064
T: (213) 616-8172
E: grinvaldely@gmail.com

*Attorney for Plaintiff,*
*Evelyn Barron*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN BARRON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>　　　　Defendant. | Case No.: 5:24-cv-00080-SSS-SP<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Evelyn Barron ("Plaintiff") and Defendant Jefferson Capital Systems, LLC ("Defendant") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendant within the next sixty (60) days. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter.

Dated: June 25, 2024

By: */s/ Ely Grinvald*
Ely Grinvald, Esq
2355 Westwood Blvd., #562
Los Angeles, CA 90064
T: (213) 616-8172
E: grinvaldely@gmail.com

*Attorneys for Plaintiff,*
*Evelyn Barron*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

<u>/s/ Ely Grinvald</u>