Ely Grinvald, Esq.
2355 Westwood Blvd., #562
Los Angeles, CA 90064
T: (213) 616-8172
E: grinvaldely@gmail.com

Attorney for Plaintiff,
*Evelyn Barron*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN BARRON,<br><br>   Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>   Defendant. | Case No.: 5:24-cv-00080-SSS-SPx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JEFFERSON CAPITAL SYSTEMS, LLC** |

   Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Jefferson Capital Systems, LLC and good cause appearing

   **IT IS ORDERED** that the Stipulation is **GRANTED.**

   The above-entitled matter is hereby dismissed with prejudice against Defendant. Each party is to bear their own fees and costs.

   **IT IS ORDERED.**

Dated: July 29, 2024

_____
Honorable Sunshine S. Sykes
United States District Judge

- 1 -